**John van Loben Sels/CA Bar No. 201354**
**jvanlobensels@thoits.com**
**Anna Iskikian/NY State Bar No. 5875273**
**aiskikian@thoits.com**
**(*pro hac vice*)**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

Attorneys for Tangle Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGLE, INC., | Case No.: 3:22-cv-07024-JSC |
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL** |
| v. | |
| BUFFALO GAMES, LLC d/b/a CHUCKLE & ROAR, | |
| Defendant. | |

I, Anna Iskikian, Esq., under penalty of perjury declare as follows:

1.     I am an attorney of record for Plaintiff TANGLE, INC. ("Plaintiff") in the above-captioned matter.

2.     I submit this affidavit in support of Plaintiff's motion for withdrawal of Anna Iskikian as an attorney of record for Plaintiff in this matter.

3.     I am separating from the law firm representing Plaintiff in this matter, Thoits Law.

4.     I am no longer representing Plaintiff in any capacity.

5.     At least one attorney of Thoits Law continues to serve as attorney of record for

1

AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL

Plaintiff in this matter.

6.    I am not asserting a retaining or charging lien.

I certify that all of the foregoing statements made by me are true and correct. Executed on June 16, 2023.

/s/ Anna Iskikian
Anna Iskikian

THOITS LAW
A PROFESIONAL CORPORATION

2
AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL